IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4418

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

CHRISTOPHER STEWART WILSON,

Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel moves to withdraw as counsel of record in this matter. In support of this motion, counsel represents unto the Court the following:

1. Counsel was appointed to represent Appellant in the appeal of his sentence arising from guilty pleas that was imposed for four [4] counts of aiding and abetting bank robbery, conspiracy to commit bank robbery and possession of a firearm by a felon in the Eastern District of North Carolina. Undersigned counsel was the trial attorney for Appellant.

2. Appellant has contacted appeals counsel and has stated that he wishes to withdraw his guilty pleas due to ineffective assistance of undersigned counsel and to proceed to trial.

3. Under these circumstances, undersigned counsel cannot continue to represent Appellant.

4. A copy of this Motion has been served on Appellant by depositing same in the United States Mail, postage prepaid. Furthermore, Appellant has been informed by counsel that he has seven days from receipt of this Motion to file a response with the Court.

WHEREFORE, undersigned counsel prays the Court allow him to withdraw from further representation of Appellant and that new appellate counsel be appointed.

This the 9th day of June, 2014.

/s/ BRIAN AUS
BRIAN AUS
PO Box 1345
Durham, NC 27702
NCBN 12845
(919) 806-4235
brianauslaw@gmail.com
ATTORNEY FOR APPELLANT

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2014, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification to Jennifer P. May-Parker, Assistant United States Attorney, who is representing the Government in this matter.

The undersigned further certifies that a copy of the foregoing Motion to Withdraw as Counsel was served upon the Appellant by depositing a copy of same in the United States Mail, postage prepaid on June 9, 2014 to the following address:

>Christopher Stewart Wilson
>PO Drawer 388
>Farmville, VA 23901

/s/ Brian Aus
BRIAN AUS
Attorney for Appellant