FILED: July 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4418
(5:12-cr-00353-BO-1)
_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

CHRISTOPHER STEWART WILSON, a/k/a Chris,

       Defendant – Appellant.

_____

O R D E R
_____

The court is advised that due to equipment failure, the transcript of proceedings held in this case on February 3, 2014 is unavailable. Pursuant to Federal Rule of Appellate Procedure 10(c), appellant may prepare a statement of the evidence or proceedings from the best available means, including the appellant's recollection. The statement must be served on appellee, who may serve objections or proposed amendments within 14 days of being served. The statement and any

objections or proposed amendments must then be submitted to the district court for settlement and approval. As settled and approved, the statement must be included by the district court in the record on appeal.

The court directs appellant to serve any such statement on appellee within 30 days from the date of this order. The parties shall file a status report with this court within 30 days of this order and every 30 days thereafter.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk