UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 14-4418

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| CHRISTOPHER STEWART WILSON, | ) | |
| | ) | |
| Appellant. | ) | |

Appellant Christopher Stewart Wilson, through undersigned counsel, provides this Status Report pursuant to the Court's July 22, 2014 Order [Docket No. 14] and informs the Court that on August 21, 2014, Appellant served on Appellee a proposed statement of proceedings pursuant to Fed. R. App. P. Rule 10(c). Appellant served an amended statement of proceedings pursuant to Rule 10(c) on September 18, 2014. Appellee did not serve any objections or proposed amendments to the proposed statement within 14 days of service as provided by Rule 10(c).

Appellant submitted the proposed statement to the District Court for approval on October 22, 2014. The District Court entered an Order approving the parties' proposed Rule 10(c) statement on October 27, 2014, a copy of which is attached to this Status Report.

1

Counsel for Appellant has consulted with counsel for Appellee and received agreement regarding the contents of this Status Report.

Respectfully submitted this 1st day of December, 2014.

                                  LAW OFFICE OF JAMES C. WHITE, P.C.

                                  /s/ James C. White
                                  James C. White, N.C. Bar No. 31859
                                  Michelle M. Walker, N.C. Bar No. 41664
                                  P.O. Box 16103
                                  Chapel Hill, NC 27516
                                  (919) 313-4636
                                  (919) 246-9113 fax
                                  jimwhite@jcwhitelaw.com
                                  mwalker@jcwhitelaw.com
                                  *Attorneys for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **Status Report** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer P. May-Parker at Jennifer.May-Parker@usdoj.gov.

Dated:  December 1, 2014

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White, N.C. Bar No. 31859
P.O. Box 16103
Chapel Hill, NC 27516
(919) 313-4636
(919) 246-9113 fax
jimwhite@jcwhitelaw.com
*Attorneys for Appellant*

UNITED STATES COURT OF APPEALS
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-353-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CHRISTOPHER STEWART ) | |
| WILSON, ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on defendant's motion for approval of statement of proceedings pursuant to Fed. R. App. P. Rule 10(c). The Court, having reviewed the motion and other appropriate matters of record, finds and orders as follows:

1. On May 21, 2014, Defendant filed a Notice of Appeal of the judgment entered against him on May 15, 2014. The appeal was docketed with the U.S. Court of Appeals for the Fourth Circuit ("Fourth Circuit") on May 28, 2014.

2. The Fourth Circuit was advised that due to equipment failure, the transcript of the Rule 11 proceedings held in by this Court on February 3, 2014 is unavailable.

3. Pursuant to Rule 10(c) of the Federal Rules of Appellate Procedure, on September 18, 2014, Defendant served a statement of the proceedings prepared using the best available means.

4. Appellee did not serve any objections or proposed amendments to Defendant's proposed statement within 14 days of service as provided by Rule 10(c).

THEREFORE, the Court approves the attached statement of proceedings held on February 3, 2014 for inclusion in the record on appeal pursuant to Fed. R. App. P. 10(c).

1

SO ORDERED, this **27** day of **October**, 2014.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4418

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

CHRISTOPHER STEWART WILSON,

Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### AMENDED STATEMENT OF PROCEEDINGS WHERE A TRANSCRIPT IS NOT AVAILABLE [28 U.S.C. FED. R. APP. P. RULE 10(c)]

It is the understanding of Appellant that a transcript of the entry of a guilty plea on February 3, 2014 is not available. Therefore, pursuant to Fed. R. App. P. Rule 10(c), the following statement constitutes a recollection of the proceedings before the Honorable Terrence Boyle, District Judge, regarding appellant's entry of a guilty plea pursuant to a plea agreement:

> Appellant appeared in District Court on February 3, 2014 and was placed under oath. The Court inquired of Appellant as to whether he understood the terms of the plea agreement, including the waiver of appellate rights except for ineffective assistance of counsel or prosecutorial misconduct. The Court further indicated to the Appellant that if it accepted his guilty plea, he could not withdraw the plea if he received a longer sentence than anticipated. Appellant's appointed trial counsel present at the hearing recalls that the Appellant

acknowledged that he understood the terms of the plea agreement and appeal waiver. Appellant does not recall being informed of or acknowledging that he understood the terms of the plea agreement or appeal waiver. The Court asked if the Appellant was guilty of four counts of aiding and abetting bank robbery, one count of conspiracy to commit bank robbery and one count of being a felon in possession of a firearm. The Appellant responded that he was guilty of these charges. The Court subsequently accepted Appellant's guilty plea pursuant to the plea arrangement.

Dated: September 18, 2014.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White, N.C. Bar No. 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax
*Attorneys for Appellant*