FILED: February 25, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4418

(5:12-cr-00353-BO-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CHRISTOPHER STEWART WILSON, a/k/a Chris

  Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 04/01/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk